# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:17-cr-00038-MLB-WEJ
## USA v. Barr et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 04/23/2021.

TIME COURT COMMENCED: 10:15 A.M.
TIME COURT CONCLUDED: 2:10 P.M.
TIME IN COURT: 3:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Jana B. Colter
USPO: Kevin Bennett
DEPUTY CLERK: Benjamin Thurman

| | |
|---|---|
| DEFENDANT(S): | [1]Michael Anthony Barr Present at proceedings<br>[2]Nadya Ivette Diaz Present at proceedings |
| ATTORNEY(S) PRESENT: | Jessica Morris representing USA<br>Frances Rockwell representing Nadya Ivette Diaz<br>Noah Schechtman representing USA<br>Brian Steel representing Michael Anthony Barr |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Sentencing hearing held. Special Agent Tim Coakley was called by the government as a witness. Defendant Barr sentenced as to counts 1, 2, 3, and 4 of the second superseding indictment and Defendant Diaz sentenced as to counts 1 and 8 of the second superseding indictment. See J&Cs for sentences. Defendants remain in the custody of the United States Marshals Service. |
| HEARING STATUS: | Hearing Concluded |